**No. 41019.**—Protest 951908–G of Bloomingdale Bros., Inc.   (New York).

654

Opinion by DALLINGER, J.   It was stipulated that the merchandise consists of inkstands, letter openers, blotter holders, and desk pads, plated with silver, chiefly used in the household for utilitarian purposes.   The claim at 50 percent under paragraph 339 was therefore sustained.